**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Fuentes, Yoandri SR: B11236: Wakulla C.I.
Last   First   Middle Initial   DC Number   Institution

2308-118-130

---

**Part A – Inmate Grievance**

close management:

mental health. protection:

nelson, victoria:

From: union. C.I:

I. have 4 certificate of completion behavior conduct. NOT desorden behaveor. influence. and Appeal D.R. Long #213-210374.

on 4-6-2021:

mental health

orgone a substance postulated by wilhelm Reich, who throught it was present everywhere and needed to be incorporated in peo people for sexual activity and mental health. REAppeal all time. For these times mell. her was to say. that Iam is papi-chulo.

8-15-2023                                      B11236
DATE                                            SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   ⊘ / X
                                                                        #    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on:) AUG 16 2023   Institutional Mailing Log #:_____
            (Date)                                                          (Received By)
13H  Wakulla Assistant Warden
DISTRIBUTION: Program/Grievance
              INSTITUTION/FACILITY          CENTRAL OFFICE
              INMATE (2 Copies)             INMATE
              INMATE'S FILE                 INMATE'S FILE - INSTITUTION./FACILITY
              INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

her allege to the inspector general. from union.C.I. to on 8-15-2023. mental health. mss. Henry. was tolk to mss. HVE co-Huggins. about my legal mail. what that I am. was send out to post officer.

Lawsuit $800,000,000,000. Billion dollar. For damage prejudice D.R. Long # 122-231542. on 7-31-2023

inmate. stewart, Kenneth. DC# C01678. him was cell room 02-1. Quad-2. and I. was in cell room 01-103. Quad-1. to what? do you tolk to me about. also on 5-15-2023. 2:30 pm. I. was in J-dorm cell room J2-112. AND I'm had -11- month Not used the telephone call. this one to need to see. out.

Joblonowski. was give my Request to inmate. mexican room ~~01~~ 01-202. 9-30-2022. what I am. was give to her on 9-14-2022. For Fix up my pin For digit # 4578. From union.C.I. / But mss. Henry. the one person. have smell in the mouth is you. to

## PART B - RESPONSE

| FUENTES, YOANDRIS | B11236 | 2308-118-130 | WAKULLA ANNEX | J2112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure 33-103.014 (1) (a) The grievance addresses more than one issue or complaint. You may re-submit your grievance but ensure only one issue is addressed per grievance.

Your Request for Administrative Remedy or Appeal is being R E T U R N E D without processing in accordance with Chapter 33-103.011 F.A.C. You may refile utilizing the proper procedure or correct the stated deficiency and refile if upon receipt of this notification the filing is within time frames allowable.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: M. Comerford, Assistant Warden

_____
SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

8/21/23
DATE

MAILED
AUG 2 3 2023
ASSISTANT WARDEN

J2-112

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☑ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Fuentes . yoandris . B .    B11236 .    wakulla . C . I .
Last   First   Middle Initial    DC Number    Institution

0308-118-131

#4578 .

**Part A – Inmate Grievance**

disciplinary yourself

and

others want to need

staff of latter

power of reasoning to know :

NOT provide security Lie. to inmate. close management.

I. had-11-moth with NOT USEd telephone call influence to

and I. did not. what mss. Henry mental health. and mss. Forehan d. J. T. and mss. HUGGins. V. E. to say to me. damage prejudice. to

D.R. Long #122-231542. on 7-31-2023.

gain time [illegible] 30. day: appeal .

8-7-2023:     CuBA! . B11236
DATE     SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    0 / ✓
                                                                              #    Signature

2/5

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED    Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: AUG 16 2023    Institutional Mailing Log #:_____    _____
                                  (Date)                                                                         (Received By)

5A     DISTRIBUTION: Wakulla Assistant Warden Programs INSTITUTION/FACILITY       CENTRAL OFFICE
                                             INMATE (2 Copies)                   INMATE
22-231542                          INMATE'S FILE                      INMATE'S FILE - INSTITUTION/FACILITY
                                             INSTITUTIONAL GRIEVANCE FILE       CENTRAL OFFICE INMATE FILE
                                                                                 CENTRAL OFFICE GRIEVANCE FILE
DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

whatever you know. about this inmate name. stewart, Kenneth. DCH C01678.. wing-2-cell room 02-1. To dont's not. include me the damage prejudice criminal Law. epeculation

on 8-7-2023. HuGGiNS. V. E. wrote D.R. Nobody know. But on 7-31-2023. do you say the violation code: 0925. title telephone violation. Nobody know from knowledge to. proper conduct. also inmate. stewart. Hwo as been Housed in o-dorm Quad-2-cell room 02-1. since on 6-13-2023. that I am Fuentes. dont's not. had ideal what going to. From knowledge to also on 5-15-2023. 2:30 pm. I'm was out the wing-1- Cell room 01-103. NOT. wing-2-cell room 02-1. From good evidence to know. investigation. it Like wrote. do you FauLT guilt yourself. HuGGiNS. V. E. UK. to discharge me oc Now. and to let me go out tranfer. From other Facility. For these problem do you have me. involver. on 7-31-2023

Fleming. and Fuentes. p. stAFF oF latter./ power of reasoning. 33-103.006. sign. the civil right-50-Admiend from inmate victim. [j]grievance allegin sexual abuse as defined in subsection 33-103.002 [17], F. A. C. Rape Elimination act prea of 2003-28-C.F.R. part 115 man sex offend of the offence. culpabilit

## PART B - RESPONSE

| FUENTES, YOANDRIS | B11236 | 2308-118-131 | WAKULLA ANNEX | J2112U |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

Your Request for Administrative Remedy or Appeal is being R E T U R N E D without processing in accordance with Chapter 33-103. After a review of your grievance, this is a premature issue due to the fact that the Disciplinary Reports have not been heard by the receipt date of your formal grievance.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: G. Hewett, Warden

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 8-18-23

MAILED
AUG 18 2023
ASSISTANT WARDEN

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☑ Assistant Warden  ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

Fuentes-Yoaudris, R.    B11236    Wakulla. C.I.
Last  First  Middle Initial    DC Number    Institution

2308-118-129

**Part A – Inmate Grievance**

Close management:

33-601-800:

mental health procedure
mayor Rule Not violation Appeal. X

I. had good behaveor conduct
4-certificate of completion
grump conduct. From other facility
From mss. nelson. victoria. From union.C.I.
D.R. long#213-210374. on 4-6-2021.
Nothing out: Not desorden behaveor.
gain tim 180.

on 9-12-2022. I was up in wakulla.c.I. with-4-
certificate of completion. and I had not
received any certification From mental
health. mss. Henry. ~~~~~ From
~~~~ Facility. -15- year in the pass. and I'm
dont not. want nothing out. with her. because
her need wash his mouth. the whatever to say.

8-15-2023                    ✓ B11236
DATE                        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    0 / ✓
                                                                          #   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: AUG 16 2023   Institutional Mailing Log #: _____
                            (Date)                                                (Received By)
Wakulla Assistant Warden:
Program/Grievance
DISTRIBUTION:  INSTITUTION/FACILITY           CENTRAL OFFICE
               INMATE (2 Copies)               INMATE
               INMATE'S FILE                   INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

about me. with Lt. mss: HVEOO-HUGGINS. on 8-7-2023. with inmate. stewart, Kenneth DC#C01678.. on 7-31-2023. telephone call Quad-2-cell room 02-1. on 6-13-2023.

on 5-15-2023. 2:30 pm. I. Fuentes. was out the cell room 01-103. and I'm was in form.

my mouth is good. and whatever do you NOT FEEL Like. to NOT CLOSE to me. also I'm don't's not need you. But very ~~remember~~ remember to about that do you have strong smell ~~to~~. to. and I'm think about do you no remember me. who is I am

For the D. R. Long #122-231542. on 7-31-2023. to was give order to the old man m.ss: Huggins. For ~~on~~ something out. me NOT had knowledge. But I. had lawsuit $800,000,000. Billio dollar. against. Huggins. and whatever play with my legal mail to with my time. the only STAFF female woman. have ~~~~ smell in the mouth is you mss: Henry.

I. Fuentes. is the man. more like. to ~~~~ and do you are woman barosa the old man. NOT have what that I am had. give Long NOW. remember what going with my tablet
Left margin (vertical): grievance: DC-1-007B/22-220178. 19-28-22. P.R. Long #122-220178. 19-28-22. grievance. Long# 2209-118-130. D.R. Long#122-220178. 19-19-2023. grievance. Long #2213-2911-98. 9209-0199. security is the cloud. / cell damag / prejudice. imprisonment.

**PART B - RESPONSE**

| **FUENTES, YOANDRIS** | **B11236** | **2308-118-129** | **WAKULLA ANNEX** | **J2112U** |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed and evaluated. An investigation reveals the following:

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure 33-103.014 (1) (a) The grievance addresses more than one issue or complaint. You may re-submit your grievance but ensure only one issue is addressed per grievance.

Your Request for Administrative Remedy or Appeal is being R E T U R N E D without processing in accordance with Chapter 33-103.011 F.A.C. You may refile utilizing the proper procedure or correct the stated deficiency and refile if upon receipt of this notification the filing is within time frames allowable.

Responding Employee: L. Robison, Grievance Coordinator

Signature of Representative: M. Comerford, Assistant Warden

_[signature]_  _[signature]_  8/21/23

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE

MAILED
AUG 2 3 2023
ASSISTANT WARDEN